**Opinion issued November 6, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00749-CV

————————————

## CAPSTONE ASSOCIATED SERVICES, LTD., Appellant

## V.

## WARD CREATIVE COMMUNICATIONS, INC., Appellee

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1074686**

---

## MEMORANDUM OPINION

Appellant, Capstone Associated Services, Ltd., has filed an unopposed motion

to dismiss this appeal. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2), 42.1(a)(1). No

other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP.

P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP.

P. 42.1(a)(1), 43.2(f).

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Lloyd.